329 MEAD vs. CIRCUIT JUDGE (Wayne), No. 15319½.

To vacate an order requiring plaintiff, in an action for alienating his wife's affections and crim. con. to furnish to defendant

a bill of particulars of the places and acts alleged to have been committed in the counts for crim. con.

Order to show cause denied December 30, 1895.